**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| NML CAPITAL, LTD., |
| Plaintiff, |
| v. |
| THE REPUBLIC OF ARGENTINA, |
| Defendants, |

Civil Action No. 04-197 (CKK)

**ORDER**
(April 4, 2005)

Plaintiff NML Capital, Ltd., has filed a motion requesting that the amount of the bond in this case be reduced from $38 million to $20.1 million. Defendant does not oppose this motion. Accordingly, it is this 4th day of April, 2005, hereby

ORDERED that Plaintiff's Motion for Authority to Reduce Amount of Bond is

GRANTED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge